MIGUEL A. RIVERA,
        Petitioner
    v.
TYRANE L. MORGAN,
        Respondent

**Judgment in a Civil Case**

Case Number: 5:08-HC-2134-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the respondent's second motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that respondent's second motion to dismiss is granted and this action is hereby dismissed.

This Judgment Filed and Entered on March 1, 2011, with service on:
Miguel A. Rivera 51388-004, Butner Medium II - F.C.I., P.O. Box 1500, Butner, NC 27509 (via U.S. Mail) and Michael D. Bredenberg (via CM/ECF Notice of Electronic Filing).

March 1, 2011          /s/ Dennis P. Iavarone
                                             Clerk

Raleigh, North Carolina